THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 John Joseph
 Moore, Appellant.

Appeal From Richland County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No.  2010-UP-409
 Submitted September 1, 2010  Filed
September 16, 2010

REVERSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Senior Assistant Attorney General Norman
 Mark Rapoport, and Solicitor Warren B. Giese, all of Columbia, for Respondent.

 
 

PER CURIAM:  John
 Joseph Moore was convicted of voluntary manslaughter, possession of a pistol by a person under the age of twenty-one, and use of a firearm during commission of a violent
 crime.  On appeal, Moore argues the trial court erred in declining to dismiss
 the charge of possession of a pistol by a person under the age of twenty-one
 because section 16-23-30(A)(3) of the
 South Carolina Code (2007) was found unconstitutional.  We reverse[1] Moore's possession of a pistol conviction pursuant to
 Rule 220(b)(1), SCACR, and the following authority: State v. Bolin,
 378 S.C. 96, 100, 662 S.E.2d 38, 40 (2008) (finding section 16-23-30(A)(3)
 unconstitutional because it violates the plain language of article XVII, section
 14, of the South Carolina Constitution).  
REVERSED.
SHORT, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.